UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ONLYSION JOHN DEROCHEA, III,
    Plaintiff,

V.                                  CIVIL ACTION NO. 11-10596-RWZ

DAVE MOURA, ET AL.,
    Defendants.

## MEMORANDUM AND ORDER FOR DISMISSAL

ZOBEL, D.J.

    On April 5, 2011, Plaintiff Onlysion John Derochea, III ("Derochea") filed a Complaint against his former supervisors and co-workers at Certa Pro, a painting company.

    On April 25, 2011, Magistrate Judge Dein issued a Memorandum and Order (Docket No. 4) directing, *inter alia*, that, within 35 days, Derochea demonstrate good cause in writing why this action should not be dismissed for the reasons stated therein, and file an Amended Complaint curing the pleading deficiencies.

    On June 1, 2011, Derochea filed a pleading containing no caption or description. The document is set forth in paragraph form, but contains stream-of-consciousness narrative throughout. The pleading was docketed as a Response (Docket No. 5) to the Memorandum and Order to show cause.

    On June 3, 2011, this action was reassigned to the undersigned.

## DISCUSSION

    Derochea's Response is neither coherent nor organized, and it contains extraneous matters not germane to any employment discrimination claims. Moreover, plaintiff failed to file a separate "Amended Complaint" setting forth plausible claims (as

directed). Even under a broad reading of the Response, this Court cannot discern any intelligible federal claims upon which relief may be granted.

## CONCLUSION

Accordingly, for the failure to comply with Magistrate Judge Dein's directives, and for the reasons set forth in the Memorandum and Order (Docket No. 4) outlining the legal impediments to Derochea's claims, this action is <u>DISMISSED</u> in its entirety. Judgment may be entered accordingly.

SO ORDERED.

                                            /s/ Rya W. Zobel
                                            RYA W. ZOBEL
                                            UNITED STATES DISTRICT JUDGE

DATED: June 10, 2011